Victor HOWARD, Plaintiff—Appellant,

and

Germaine Howard, Plaintiff,

v.

Thomas P. BRIM; Liberty Savings Bank, FSB, Defendants— Appellees.

No. 06–1721.

United States Court of Appeals, Fourth Circuit.

Submitted: March 23, 2007.

Decided: April 13, 2007.

Victor Howard, Appellant Pro Se. David Christopher Osborn, Horack & Talley, Charlotte, North Carolina, for Appellees.

Before TRAXLER, GREGORY, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Victor Howard appeals the district court's order granting Appellees' motion to

North Carolina, even possession with the intent to distribute marijuana is a felony. *See* N.C. Gen.Stat. § 90–95 (2005).

dismiss and dismissing a complaint Victor and his wife filed that alleged violations of the Truth in Lending Act, Equal Credit Opportunity Act, and Fair Debt Collection Practices Act, and unfair and deceptive trade practices. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Howard v. Brim,* No. 3:06–cv–00070 (W.D.N.C. June 8, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*